# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131170

ARLANDUS M. NOLEN,
       Plaintiff-Appellant,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS,
       Defendant-Appellee.

_____

SC: 131170
COA: 269366
InghamCC:00-000000

On order of the Chief Justice, the application for leave to appeal filed May 16, 2006 is DISMISSED for failure to pursue the case in conformity with the order of February 25, 2005 in Nolen v Department of Corrections No. 128072. That order provided that further appeals were not to be filed until the full entry fee in that case was paid. Following entry of that order, plaintiff-appellant paid the partial filing fee on March 15, 2005. Because the full entry fee in case 128072 has not been paid, this appeal is dismissed.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2006

_____
Clerk